

NUMBER 13-16-00368-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KEITH WILEY,                                                          **Appellant,**

v.

HOLLYWOOD KINGLEY II, LLC; LIGHTHOUSE
PROPERTY MANAGEMENT; TROPICANYON II, LLC;
MARQUE AUSTIN COMMONS, LLC; OKUMO
AUSTIN COMMONS, LLC; QUEZ AUSTIN
COMMONS, LLC; AND CAPSTONE REAL ESTATE,          **Appellees.**

**On appeal from the 201st District Court
of Travis County, Texas.**

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Keith Wiley, filed an appeal from a judgment rendered against him in

favor of appellees.[1]   On July 27, 2016, the Clerk of this Court notified appellant that the

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001

clerk's record in the above cause was originally due on July 22, 2016, and that the deputy district clerk, Victoria Chambers, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On August 8, 2016, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
2nd day of September, 2016.

---

(West, Westlaw through 2015 R.S.).

2